

# NUMBER 13-18-00380-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

TRI-COUNTY EMERGENCY
MEDICAL SERVICES INC.,                                          Appellant,

v.

PATRICK OWENS AND
CAMRYN KELLEY,                                                  Appellees.

### On appeal from the 156th District Court
### of Aransas County, Texas.

## MEMORANDUM OPINION

**Before Chief Justice Valdez and Justices Longoria and Hinojosa**
**Memorandum Opinion by Chief Justice Valdez**

Appellant, Tri-County Emergency Medical Services, Inc., perfected an appeal from a judgment entered by the 156th District Court of Aransas County, Texas, in cause number A-17-0052-CV-B. Appellant has filed an unopposed motion to dismiss the

appeal on grounds that appellant no longer desires to proceed. Appellant requests that this Court dismiss the appeal.

The Court, having considered the documents on file and appellant's unopposed motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellant's motion to dismiss is granted, and the appeal is hereby DISMISSED. In accordance with the agreement of the parties, costs are taxed against the party incurring same. *See* TEX. R. APP. P. 42.1(d). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

**/s/ Rogelio Valdez**
ROGELIO VALDEZ
Chief Justice

Delivered and filed the
1st day of November, 2018.